David M. Levin        SB #193801
Jesús M. Vargas       SB #229955
Monique K. Doryland SB #208371
BAY AREA LEGAL AID
1025 MacDonald Avenue
P.O. Box 2289
Richmond CA 94802
Telephone: (510) 233-9954
Facsimile: (510) 236-6846
Email: dlevin@baylegal.org


Maria F. Ramiu       SB # 146497
Corene T. Kendrick   SB # 226642
Carole Shauffer      SB # 100226
YOUTH LAW CENTER
417 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 543-3379
Facsimile: (415) 956-9022

Attorneys for Plaintiff
FAYE RIVERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE RIVERS,<br><br>     Plaintiff,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA, ELIZABETH CAMPBELL, in her official capacity as Acting Director of Housing Assistance Programs for the Housing Authority of Contra Costa County, TERRI LOCKETT, in her official capacity as Housing Assistance Manager for the Housing Authority of Contra Costa County, and DOES 1-10,<br><br>     Defendants. | Case No. CV 05-04291 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR, and have reached the following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5.

The parties agree to participate in the following ADR process: Early Neutral Evaluation (ENE) (ADR L.R. 5). The parties agree to hold the ADR session by the presumptive deadline of 90 days from the date of this order.

Dated: January 31, 2005

David M. Levin
Bay Area Legal Aid
For Plaintiff FAYE RIVERS

Dated: January 31, 2005

Timothy Murphy
Edrington, Schirmer & Murphy
For Defendants CONTRA COSTA
HOUSING AUTHORITY, ELIZABETH
CAMPBELL, and TERRI LOCKETT

[~~PROPOS~~ED] ORDER

Pursuant to the Stipulation above, the above-captioned matter is hereby referred to Early Neutral Evaluation (ENE). The deadline for the ADR session is 90 days from the date of this order.

IT IS SO ORDERED.

2/3/06
Dated: _____

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA