TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants Housing
Authority of the County of Contra Costa,
Elizabeth Campbell and Terri Lockett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE RIVERS, | Case No.: C05-04291 PJH |
| Plaintiff, | NOTICE OF SETTLEMENT AND REQUEST THAT PENDING HEARING DATES BE VACATED; [~~PROPOSED~~] ORDER |
| v. | |
| HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the parties to the above-captioned matter reached an agreement to settle the referenced matter, in its entirety, at the Early Neutral Evaluation Conference held on April 26, 2006. Accordingly, it is respectfully submitted that all currently scheduled hearing dates, including but not limited to the hearing date on defendants' Motion for Summary Judgment (June 7, 2006) be

1  vacated. The parties contemplate filing a Stipulation for
2  Dismissal within the next forty-five (45) days.
3      IT IS SO STIPULATED.
4  DATED: May 18, 2006        BAY AREA LEGAL AID

By _____
   DAVID LEVIN, ESQ.
   Attorney for Plaintiff

9  DATED: May 18, 2006        EDRINGTON, SCHIRMER & MURPHY

By _____
   TIMOTHY P. MURPHY, ESQ.
   Attorneys for Defendants
   Housing Authority of the County of
   Contra Costa, Elizabeth Campbell
   and Terri Lockett

**ORDER**

Pursuant to the above stipulation, and good cause appearing, it is hereby ordered that all pending hearing dates in the above-captioned litigation shall be, and are hereby vacated, *but not the trial date*. IT IS SO ORDERED.

Dated: May 18, 2006    _____
                                        THE HONORABLE PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2

NOTICE OF SETTLEMENT AND REQUEST THAT PENDING
HEARING DATES BE VACATED; [PROPOSED] ORDER