# EDRINGTON, SCHIRMER & MURPHY

PETER P. EDRINGTON
KEITH R. SCHIRMER
TIMOTHY P. MURPHY
JAMES M. MARZAN
DOLORES M. DONOHOE
OWEN T. ROONEY
NANCY A. McPHERSON
EILEEN D. BOUSSINA
_____
MICHAEL P. CLARK
OF COUNSEL

ATTORNEYS AT LAW
THE TERRACES
2300 CONTRA COSTA BOULEVARD, SUITE 450
PLEASANT HILL, CALIFORNIA 94523-3936

TEL (925) 827-3300
FAX (925) 827-3320

August 4, 2006

Honorable Phyllis J. Hamilton
United States District Court
Northern District
450 Golden Gate Avenue
Courtroom 3
San Francisco, CA  94102

Re:  Rivers v. Housing Authority of the County of Contra Costa
     Case No. C-05-4291 PJH

Dear Judge Hamilton:

This office represents defendant Housing Authority of the County of Contra Costa in the referenced litigation.  The case has settled, however, settlement documents have not yet been signed as we are awaiting approval of a final letter from the Housing Authority, to be delivered to plaintiff's counsel.  Upon receipt of that letter, plaintiff's counsel will obtain signatures on the settlement agreement and stipulation for dismissal and return them to our office to be completed and filed.

We understand that plaintiff's counsel will be on vacation the week of August 7 and the undersigned is scheduled to be away the following week.  We therefore request that the court allow through and including August 25 for the filing of the Stipulation for Dismissal.

Thank you for your consideration of the foregoing.  If you have any questions, or if the requested time period is not acceptable, please feel free to contact our office.

Very truly yours,

Timothy P. Murphy

TPM:me
Cc:  David Levin, Esq. (via email)

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*